FRED WRIGHT MULLINS, *alias* FRED MULLINS, *alias* FRED MULLINS, JR., *v.* THE STATE.

No. 23167. Delivered May 30, 1945.

The opinion states the case.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The State has filed a motion to abate the appeal, on the ground that the appellant has voluntarily escaped from the County Jail in Hidalgo County, where he was confined awaiting the termination of his case on appeal. The requirements of the statute are complied with and, under the rule, the appeal is dismissed.